**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00948-CV

**JOYCE ANN GRAY AND ALL OCCUPANTS OF 1504 WYNDMERE DRIVE, DESOTO TX 75115 AUBREY GRAY EL BEY, Appellants**

**V.**

**NATIONSTAR MORTGAGE D/B/A MR. COOPER, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03758-B**

## ORDER

Before the Court is appellant's January 27, 2020 motion for extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 26, 2020**.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE